IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              Case N. 04-CV-4125

JEFFREY D. COOPER and REBECCA
A. COOPER                                                             DEFENDANT

## ORDER

It appearing that proceedings in the above matter have been stayed pending the disposition of bankruptcy proceedings which may become dispositive of the litigation here pending;

**IT IS ORDERED** that an administrative termination of the case be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

**IT IS SO ORDERED** this 11th day of October, 2005.

                                                  /s/ Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                U.S. District Judge